UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTHUR HUNTER,<br><br>    Defendant. | Case No. 2:21-cr-00054-ART-BNW<br><br>**ORDER** |

    Based on the stipulation of counsel (ECF No. 47), and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for at October 27, 2022, at 11:00 a.m., be vacated and continued to Thursday, January 19, 2023, at the hour of 1:00 p.m. before District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

    DATED this 20th day of October, 2022.

_____
Anne R. Traum
UNITED STATES DISTRCIT JUDGE