UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ARTHUR HUNTER,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00054-ART-BNW<br><br>ORDER |

### ORDER

Based on the stipulation (ECF No. 54) of the parties and for the reasons stated therein, IT IS ORDERED that the sentencing hearing currently scheduled for January 19, 2023 at 2:30 p.m. is vacated and continued to February 6, 2023 at 1:00 p.m. before U.S. District Judge Traum in a Las Vegas courtroom to be determined.

DATED this 18th day of January, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE