UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTHUR HUNTER,<br><br>　　　　Defendant. | Case No. 2:21-cr-00054-ART-BNW<br><br>**ORDER** |

　　Based on the parties stipulation (ECF No. 79), and good cause appearing, the revocation hearing currently scheduled for Monday, July 10, 2023 at 11:00 a.m., is vacated and continued to Thursday, August 24, 2023, at 2:30 p.m., before U.S. District Court Judge Anne R. Traum in a Las Vegas courtroom to be determined.

　　IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED this 7th day of July, 2023.

3